ACCEPTED
15-25-00078-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/15/2025 9:16 AM
CHRISTOPHER A. PRINE
CLERK

# NO. 15-25-00078-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/15/2025 9:16:51 AM
CHRISTOPHER A. PRINE
Clerk

## IN THE FIFTEENTH COURT OF APPEALS
## AUSTIN, TEXAS

TRIDENT HOMES, INC. AND RYAN STRICKLAND,

*Appellants,*

v.

RAMESH KAINTHLA AND NEETU KAINTHLA.

*Appellees.*

On Appeal from the 272nd District Court, Brazos County, Texas
No. 21-000379-CV-272

## NOTICE OF APPEARANCE OF APPELLATE COUNSEL
## FOR APPELLEES RAMESH AND NEETU KAINTHLA

EWELL, BROWN, BLANKE & KNIGHT LLP
Joseph R. Knight
State Bar No. 11601275
jknight@ebbklaw.com
111 Congress Ave., Suite 2800
Austin, Texas 78701
(512) 770-4010

**Attorneys for Appellees**

1

Pursuant to Rule 6.1(c) of the Texas Rules of Appellate Procedure, Appellees Ramesh and Neetu Kainthla, notify the Court and all parties that the following attorney makes an appearance as lead appellate counsel behalf of Appellees:

> Joseph R. Knight
> State Bar No. 11601275
> Ewell Brown Blanke & Knight LLP
> 111 Congress Avenue, Suite 2800
> Austin, Texas 78701
> Telephone: (512) 770-4010
> Email: jknight@ebbklaw.com

This filing will also serve as notice to all parties to include the above counsel in their certificate of service to ensure timely receipt of all filings.

### PRAYER

Accordingly, Appellees respectfully request that the Court take notice of the designation of Joseph R. Knight as their lead appellate counsel. Appellees also pray for such further relief to which they may be entitled.

Respectfully submitted,

EWELL, BROWN, BLANKE & KNIGHT LLP

By: */s/ Joseph R. Knight*
    Joseph R. Knight
    State Bar No. 11601275
    jknight@ebbklaw.com
    111 Congress Avenue, Suite 2800
    Austin, Texas 78701
    (512) 770-4010

WATSON LAW FIRM

By: */s/ J. Davis Watson*
    J. Davis Watson
    State Bar No. 24004979
    dwatson@watsonlawyers.com
    Sean Hester
    State Bar No. 00784266
    shester@watsonlawyers.com
    1450 Copperfield Pkwy, Suite 300
    College Station, Texas 77845
    (979) 703-4044

*Attorneys for Appellees*

**CERTIFICATE OF SERVICE**

Pursuant to Rule 9.5 of the Texas Rules of Appellate Procedure, I hereby certify that a true and correct copy of the foregoing Notice of Appearance of Counsel been served upon the following counsel of record for Appellants by email on this 15th day of October 2025.

Chad Flores
cf@chadflores.law
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002

Matthew D. Sharpe
matt.sharpe@lonestarlawoffice.com
Sharpe Law, PC
416 Tarrow St
College Station, Texas 77840

Mark Hellinger
mhellinger@hellingerlawfirm.com
The Hellinger Law Firm
12 Greenway Plaza, Suite 1100
Houston, TX 77046-1201

*/s/ Joseph R. Knight*
Joseph R. Knight

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 106856491
Filing Code Description: Other Document
Filing Description: Notice of Appearance
Status as of 10/15/2025 10:18 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mark Hellinger | | mhellinger@hellingerlawfirm.com | 10/15/2025 9:16:51 AM | SENT |
| Matthew D.Sharpe | | matt.sharpe@lonestarlawoffice.com | 10/15/2025 9:16:51 AM | SENT |
| Charles Flores | | cf@chadflores.law | 10/15/2025 9:16:51 AM | SENT |
| Charles Flores | | cf@chadflores.law | 10/15/2025 9:16:51 AM | SENT |
| J. Davis Watson | | dwatson@watsonlawyers.com | 10/15/2025 9:16:51 AM | SENT |
| Sean Hester | | shester@watsonlawyers.com | 10/15/2025 9:16:51 AM | SENT |